UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILIP PAUL MIXON,

    Petitioner,

v.                                                            5:13cv48-WS/EMT

MICHAEL D. CREWS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed October 25, 2013. See Doc. 18. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as untimely. The petitioner has responded (doc. 20) to the magistrate judge's report and recommendation.

In his response, the petitioner requests "an extension to amend or re-write this 2254 currently on the table." He does not request an extension of time to file objections to the report and recommendation, and he includes neither allegations nor argument to suggest that the magistrate judge's report and recommendation is in error. Moreover, he makes no attempt to explain how, by filing an amended petition, he can avoid the lack-of-timeliness finding that dooms his original petition.

The court finding merit to the magistrate judge's report and recommendation, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 18) is hereby ADOPTED and incorporated by reference into this order.

2.  The respondent's motion to dismiss (doc. 14) is GRANTED.

3.  The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED with prejudice as untimely.

4.  A certificate of appealability is DENIED for the reasons stated in the magistrate judge's report and recommendation.

5.  Leave to appeal in forma pauperis is DENIED.

6.  The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DISMISSED."

DONE AND ORDERED this ___12th___ day of ___November___, 2013.


                  William Stafford
                  WILLIAM STAFFORD
                  SENIOR UNITED STATES DISTRICT JUDGE